

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00566-CV

Jennifer Kay **ST. JAMES**,
Appellant

v.

Barbara **MUENCHOW**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2018CV03466
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellant filed a statement of inability to afford payment of court costs. No costs are taxed in this appeal.

SIGNED December 5, 2018.

Patricia O. Alvarez, Justice